# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of:<br>839 Zion Drive, Colorado Springs, Colorado 80910, more fully described in Attachment A | )<br>)  Case No. 25-sw-368-STV<br>)<br>)<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

located in the _____ District of <u>Colorado</u> there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☐ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☒ a person to be arrested.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | Illegal Re-entry by an Alien |

The application is based on these facts:

☒ Continued on the attached affidavit, which is incorporated by reference.

*s/Ethan Doherty*
*Applicant's signature*

SA Ethan Doherty, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by <u>telephone</u>.

Date: March 12, 2025

*Judge's signature*

Hon. Scott T. Varholak
Chief United States Magistrate Judge
*Printed name and title*

City and state: Denver, CO

**ATTACHMENT A**

The property at 839 Zion Drive, Colorado Springs, Colorado 80910, the "Subject Premises," as follows:

The Subject Premises to be searched is a white single-family residential structure, with a black number "839" affixed to the house beside the front door. The Subject Premises is on the east side of Zion Drive and north side of Carlsbad Drive in Colorado Springs, Colorado.

The subject premises to be searched includes but is not limited to the residence and its bedrooms, living areas, kitchen, bathrooms, closets, and storage areas. The subject premises to be searched also includes the attics and crawl spaces. The subject premises also includes any associated storage areas, garages and/or outbuildings.



## ATTACHMENT B

### Description of Items to be Seized and Searched

The following person, located at the Subject Premises, as such person is a person to be arrested:

1. The person of Omar Valdez-Lerma, (date of birth 12/18/1976)

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Ethan Doherty, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for the residence, and its surrounding out-buildings, located at 839 Zion Drive, Colorado Springs, Colorado 80910, described further in Attachment A. The location to be searched is described in the following paragraphs and in Attachment A (hereinafter "Subject Premises"), there being probable cause that located in the Subject Premises is the person described in Attachment B, being a person to be arrested, specifically Omar Valdez-Lerma, (date of birth 12/18/1976).

2.      I am a Special Agent of the FBI and have been since 2023. I am currently assigned to the Denver Division, Colorado Springs Resident Agency. I investigate crimes of violence, criminal violations relating to firearms violations, narcotics, gangs, public corruption, and money laundering. I have received basic federal law enforcement training, including training at the FBI Academy, as well as other specialized federal law enforcement training. I have used various investigative techniques, including but not limited to, physical and stationary surveillance, electronic surveillance, telephone toll analysis, physical searches, mail covers and electronic examinations of evidence.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Based on the facts set forth in this affidavit, there is probable cause to believe that Omar Valdez-Lerma, a person to be arrested, will be located at the Subject Premises.

1

4.      The court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated, see 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

5.      On March 12, 2025, Chief Magistrate Judge Varholak authorized a criminal complaint for Omar Valdez-Lerma, (date of birth 12/18/1976). The complaint charges Valdez-Lerma with a violation of 8 U.S.C. § 1326. The complaint was issued with an arrest for Valdez-Lerma, thus making him a person to be arrested.

6.      From my review of VALDEZ-LERMA's immigration records, I know that in 2018, VALDEZ-LERMA's address was listed as 839 Zion Drive, Colorado Springs, Colorado 80910, and he was observed by ICE officers existing that address on June 13, 2018.

7.      On February 2, 2025, I drove by the residence at 839 Zion Drive in Colorado Springs. Parked in front of the residence was a light-blue/grey Nissan sedan with Colorado license plate CASI75. A review of records from the Colorado Department of Motor Vehicles uncovered no active license plate registration for CASI75.

8.      I have worked with a confidential human source (CHS) since 2023. I know the true identity of this CHS but withheld this identity from this affidavit to support the safety of the CHS. I have never known this CHS to provide false or misleading information to law enforcement. On multiple occasions, I have independently validated the information provided by the CHS to the FBI. The CHS provided me with a photograph of an individual associated with Colorado license plate CASI75 on a date in January 2025. That photograph is reproduced below on top. A cropped copy of a photograph of VALDEZ-LERMA, dated 2019, from

2

VALDEZ-LERMA's immigration file, is shown on the bottom for the purpose of comparison.





3

9. On February 21, 2025, I observed a light-blue/grey sedan, visually consistent with the sedan bearing the CASI75 license plate shown above, parked in the driveway, for periods of time, of 839 Zion Drive in Colorado Springs.

10. VALDEZ-LERMA's immigration records from 2019 indicate that he is 5'9" and 240 pounds. His immigration records from 2024 list him as having a height of 5' 9", weight of 240 pounds, black hair, and medium complexion.

11. Since February 21, 2025, FBI surveillance witnessed an individual matching the appearance of Valdez-Lerma driving the Nissan sedan, as well as a Jeep SUV, both of which are routinely parked at 839 Zion Drive. FBI surveillance also observed Valdez-Lerma riding in the passenger seat of a Nissan SUV that had been seen parked at 839 Zion Drive.

12. Since February 19, 2025, your Affiant has reviewed footage from a pole camera placed in such a manner that it captures a view of the Subject Premises. I have also conducted surveillance at the Subject Premises on a number of occasions. Since that date, based upon footage from the pole camera and in-person surveillance, I have observed a person matching Valdez-Lerma's physical description with regard to height, physical build, hair color and style, facial construct, and complexion, on more than ten dates, the most recent being March 12, 2025.

13. From the pole camera, I obtained multiple photographs of a male wearing a tan jacket. Some of these photographs, obtained on February 21, 2025, are shown below. I acknowledge the limited quality of the photographs shown below, however, I do identify that the man with the tan jacket has shortly-trimmed black hair, is of medium skin complexion, and has a height and weight consistent with the descriptions of VALDEZ-LERMA from his immigration records.



14. The photograph below, obtained on March 3, 2025, at approximately 9:01 a.m., from the pole camera at the 839 Zion Drive address, also shows an individual matching VALDEZ-LERMA's physical description.

5




## SUMMARY

15.  Based upon the foregoing, I believe that there is probable cause that VALDEZ-LERMA is likely to be found at the Subject Premises.

Respectfully submitted,

s/ *Ethan Doherty*
Ethan Doherty
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on March 12th, 2025

_____
HON. SCOTT T. VARHOLAK
CHIEF UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

**This affidavit has been reviewed and is submitted by Special Assistant U.S. Attorney Elizabeth E. Puskar.**

6